# Third District Court of Appeal

## State of Florida

Opinion filed April 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1587
Lower Tribunal No. M22-11385
_____

**Jacquline Buddoo,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Cristina Rivera Correa, Judge.

Carlos J. Martinez, Public Defender, and Nicholas A. Lynch, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for appellee.

Before EMAS, FERNANDEZ and SCALES, JJ.

PER CURIAM.

Jacquline Buddoo appeals her August 23, 2022 conviction, after a jury trial, for the offense of battery.  We affirm. <u>See</u> § 784.03, Fla. Stat. (2022) ("The offense of battery occurs when a person: 1. Actually and intentionally touches or strikes another person against the will of the other; or 2. Intentionally causes bodily harm to another person"); <u>Knight v. State</u>, 286 So. 3d 147, 151 (Fla. 2019) ("Jury instruction errors are subject to the contemporaneous objection rule. In the absence of a contemporaneous objection at trial, a jury instruction error is only subject to relief in the event of fundamental error.") (citations omitted); <u>Tomas v. State</u>, 126 So. 3d 1086, 1088 (Fla. 4th DCA 2012) (holding that a failure to give a jury instruction on a foreign language recording translation was not fundamental error because such an instruction would "not go to an essential element of the offenses charged"); <u>see also</u> <u>Fernandez v. State</u>, 786 So. 2d 38, 41 (Fla. 3d DCA 2001).

Affirmed.